UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :      **RESCHEDULING ORDER**
v.                                :
                                  :
JERRY HOLMES,                     :      7-23-cr-00590 - PMH
                                  :
              Defendant.          :
------------------------------------------------------------x

The Status Conference scheduled for June 20, 2024 at 10:00 a.m. is converted to a Change of Plea Hearing. The proceeding is advanced to **9:30 a.m.** in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       June 17, 2024

_____
Philip M. Halpern
United States District Judge