UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order** |
| v. | **23 Cr. 590 (PMH)** |
| JERRY HOLMES, | |
| *Defendant.* | |

WHEREAS, on or about November 14, 2023, a grand jury returned a five-count indictment, charging the defendant with violations of 18 U.S.C. § 922(g)(1), 924(c)(1)(A)(i), and 21 U.S.C. § 841(a)(1) and (b)(1)(C);

WHEREAS, on or about June 20, 2024, a change of counsel hearing was held before the Hon. Victoria Reznik, United States Magistrate Judge, Southern District of New York, at which Frank O'Reilly, Esq. was appointed to represent the defendant;

WHEREAS, on or about June 20, 2024, the government moved to exclude time to and through the next status conference;

WHEREAS, the defense consents to that request;

WHEREAS, the ends of justice would be served by excluding time to and through the next status conference to permit newly appointed defense counsel time to review the discovery record, build a rapport with his client, contemplate any motions that might be made, and engage in discussions with the government concerning whether a pre-trial disposition of this case might be possible;

WHEREAS, the benefits of excluding time outweigh the best interest of the public and the defendant in a speedy trial; and

~~WHEREAS, a future status conference has not yet been scheduled;~~

IT IS HEREBY ORDERED that a pre-trial status conference is scheduled for August 12, 2024;

IT IS FURTHER ORDERED that the time between June 20, 2024 and the August 12, 2024 status conference in this case is excluded under the Speedy Trial Act, as the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED:

Dated: White Plains, New York
      June 21, 2024

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE