UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JERRY HOLMES,

            *Defendant.*

**Order**

**23 Cr. 590 (PMH)**

---

WHEREAS, on or about October 16, 2024, the Court excluded time under the Speedy Trial Act to and through January 8, 2025;

WHEREAS, on or about January 8, 2025, the government informed the Court that the parties have reached an agreement to resolve this matter in advance of trial, and provided to the Court a copy of a proposed plea agreement;

WHEREAS, the Court is considering the proposed plea agreement submitted by the government;

WHEREAS, the Court expects to hold a change of plea hearing in this matter on February 5, 2025;

WHEREAS, the government has moved to exclude time from January 8, 2025 to and through February 5, 2025;

WHEREAS, the ends of justice would be served by excluding time to and through February 5, 2025, to permit the Court time to review the proposed plea agreement and to schedule a change of plea hearing; and

WHEREAS, the benefits of excluding time outweigh the best interest of the public and the defendant in a speedy trial;

2

IT IS HEREBY ORDERED that the time between January 8, 2025 and February 8, 2025, is excluded under the Speedy Trial Act, as the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

SO ORDERED:

Dated: White Plains, New York
       January 10, 2025

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE