UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**SCHEDULING ORDER**

JERRY HOLMES,

7:23-CR-590-PMH

                Defendant.
-----------------------------------------------------------x

A Change of Plea Hearing has been scheduled for February 5, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 10, 2025

_____
Philip M. Halpern
United States District Judge